927 A.2d 206

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Stephen Joseph WINTERS, Petitioner.**

**No. 62 MM 2007.**

Supreme Court of Pennsylvania.

June 26, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 26th day of June, 2007, the Application for Supersedeas is denied.